IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY STEPHEN HEDGES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv1000-WKW-WC |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon consideration of the government's Unopposed Motion to Continue Evidentiary Hearing and Lists of Witnesses and Exhibits Deadline (Doc. #44), it is

ORDERED that the Motion (Doc. #44) is GRANTED. The evidentiary hearing currently scheduled for January 31, 2012, at 10:00 a.m. in courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama is **RESCHEDULED for February 16, 2012 at 10:00 a.m.** The Clerk is DIRECTED to provide a court reporter for this proceeding. It is further

ORDERED that the deadline for exchange and filing of lists of witnesses and exhibits is reset for **February 7, 2012.**

Done this 23rd day of January, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE