IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRADLEY STEPHEN HEDGES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:09cv1000-WKW |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER ON MOTION

Upon consideration of Petitioner's Motion for Discovery filed on February 7, 2012 (Doc. No. 48), it is

ORDERED that the Motion is DENIED. Petitioner has failed to demonstrate how the records sought through discovery are necessary to resolve Petitioner's claim that his trial counsel rendered ineffective assistance by failing to file a direct appeal on his behalf after he requested that counsel do so, which, pursuant to this court's order of January 11, 2012, is the sole issue set for an evidentiary hearing and the purpose for which counsel has been appointed to represent Petitioner in this matter. *See* Doc. No. 41 at 1-2.

Furthermore, Petitioner has failed to indicate how an order for discovery would be applicable for items outside the Government's possession, such as the case files of attorneys Peter Bush and Raymond Hawthorne, or why it is not possible for him to obtain these files without an order from this court.

Done this 8th day of February, 2012.

                                    <u>/s/ Wallace Capel, Jr.</u>
                                    WALLACE CAPEL, JR.
                                    UNITED STATES MAGISTRATE JUDGE