IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRADLEY STEPHEN HEDGES, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:09cv1000-WKW |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

# ORDER ON MOTION

Upon consideration of Petitioner's Motion to Continue Filing Deadline and Evidentiary Hearing (Doc. No. 49), it is

ORDERED that the Motion is DENIED.

Done this 8th day of February, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE