IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY STEPHEN HEDGES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv1000-WKW |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Upon consideration of the petitioner's motion for subpoena filed February 16, 2012, in connection with the evidentiary hearing in this case, and for good cause, it is

ORDERED that the motion (Doc. No. 56) be and is hereby GRANTED. The requested subpoena shall be issued for the presence of Elizabeth Hedges to testify at the evidentiary hearing scheduled for February 22, 2012, at 11:00 a.m. before U.S. Magistrate Judge Wallace Capel, in Courtroom 5A, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The cost of transportation, subsistence, and fees for the witness shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

Done this 16th day of February, 2012.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE